```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 43468
    CATHERINE A COOKAS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-8780


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/04/05 and confirmed on 12/09/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14980.29 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 3484.72 | 224.84 | 3484.72 |
| WILL COUNTY TREASURER | SECURED | 2843.02 | .00 | 2843.02 |
| FIA CARD SERVICES | UNSECURED | 2452.28 | .00 | 245.23 |
| SMC | UNSECURED | 247.74 | .00 | 24.77 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14398.09 | .00 | 1439.81 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7058.27 | .00 | 705.83 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6187.08 | .00 | 618.71 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1341.09 | .00 | 134.11 |
| OTTAWA COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDICARE HOME HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5731.85 | .00 | 573.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 351.51 | .00 | 35.15 |
| LOYOLA HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA MEDICAL PLAN | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 195.71 | .00 | 19.57 |
| ORSINI NURSING AGENCY IN | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1477.95 | .00 | 147.80 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7607.00 | .00 | 760.70 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 7305.39 | .00 | 730.54 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6327.74 | .00 | 54353.96 | .00 | 60681.70 |
| PRINCIPAL PAID | 6327.74 | .00 | 5435.41 | .00 | 11763.15 |

```
INTEREST PAID             224.84            .00           .00          .00      224.84
TOTAL PAID               6552.58            .00       5435.41          .00    11987.99
```

The Debtor's attorney, JOHN C DENT                           , was allowed $   2700.00
and was paid $    400.00   direct and $   2300.00   through the plan.

The Trustee received $     660.65 .

Refunds to the Debtor totaled $      31.65 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                  PAGE   2
              CASE NO. 05 B 43468 CATHERINE A COOKAS